## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SA CR 21-00226-DOC-3 | Date | September 8, 2022 |
|---|---|---|---|

| Present: The Honorable | DAVID O. CARTER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | n/a |
|---|---|

| Karlen Dubon | Court Smart & Deborah Parker | Matthew W. O'Brien & Brian R. Faerstein |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3) San Pedro Bay Pipeline Company | X | | X | Brian Benczkowski  Mark C. Holscher | X | | X |

**PROCEEDINGS:     PLEA AND SENTENCING**

Case called. Counsel state their appearances. Defendant organization represented by CEO, Martin Willsher, present in the courtroom. Defendant is sworn.

The Court questions defendant and defense counsel regarding the knowing and voluntary nature of the proposed plea on Count One (1) of the Indictment. Defendant is read the charges and advised of his constitutional rights and of the maximum possible penalties.

The Court questions defendant, defense counsel, and the Government regarding the plea agreement.

The Court advises defendant that the Court is not a party to or bound by the plea agreement and that defendant cannot withdraw the proposed plea if the Court does not follow the sentencing recommendations contained therein. Defendant waives his constitutional rights, admits that there was a factual basis for the plea.

Defendant pleads GUILTY to Count One (1) of the Indictment.

The Court finds that defendant is competent to plead guilty, that the plea has a factual basis, and that defendant's waiver of constitutional rights and the plea are knowing, voluntary, and intelligent. The Court orders the plea of guilty accepted and entered and sentences defendant as set forth in the separate Judgment and Commitment Order.

The Court vacates the status conference set for September 08, 2022. The Court vacates the trial date of November 1, 2022.

|  | 00 | : | 41 |
|---|---|---|---|
| | Initials of Deputy Clerk | kdu | |

**cc: USPPO, FISCAL**